IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

AUG 21 2018

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 18-217 M  |
| | ) | |
| -vs- | ) | No. _____ |
| | ) | |
| CHRISTOPHER CHAD POOL, | ) | Violations: 21 U.S.C. § 841(a)(1) |
| a/k/a Christopher C. Poole, | ) | 18 U.S.C. § 2 |
| a/k/a Cityboy, and | ) | 18 U.S.C. § 922(o) |
| CHRISTINA LORAL POOL, | ) | 26 U.S.C. § 5861(d) |
| a/k/a Christina Loral McNees, | ) | 18 U.S.C. § 922(g)(1) |
| a/k/a Citygirl, | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 924(d) |
| Defendants. | ) | 21 U.S.C. § 853 |
| | ) | 26 U.S.C. § 5872 |
| | ) | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**(Possession with Intent to Distribute)**

On or about July 13, 2018, in Canadian County, Oklahoma, in the Western District of Oklahoma,

-------------------------------- **CHRISTOPHER CHAD POOL,**
a/k/a Christopher C. Poole,
a/k/a Cityboy, and
**CHRISTINA LORAL POOL,**
a/k/a Christina Loral McNees,
a/k/a Citygirl, --------------------------------------------------

knowingly and intentionally possessed with intent to distribute approximately 66.7 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts,

isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 2
### (Possession of a Machinegun)

On or about July 13, 2018, in Canadian County, Oklahoma, in the Western District of Oklahoma,

-------------------------------- **CHRISTOPHER CHAD POOL,**
        a/k/a Christopher C. Poole,
        a/k/a Cityboy, and
**CHRISTINA LORAL POOL,**
        a/k/a Christina Loral McNees,
        a/k/a Citygirl, --------------------------------------------------

knowingly possessed a Glock, Model 26, 9mm pistol, bearing serial number VMW262, that had been converted into a machinegun.

All in violation of Title 18, United States Code, Section 922(o), the penalty for which is found at Title 18, United States Code, Section 924(a)(2), and Title 18, United States Code, Section 2.

## COUNT 3
### (Possession of an Unregistered Firearm – Silencer)

On or about July 13, 2018, in Canadian County, Oklahoma, in the Western District of Oklahoma,

-------------------------------- **CHRISTOPHER CHAD POOL,**
        a/k/a Christopher C. Poole,
        a/k/a Cityboy, and

2

      **CHRISTINA LORAL POOL,**
       **a/k/a Christina Loral McNees,**
       **a/k/a Citygirl,** -----------------------------------------------

knowingly possessed a silencer and this silencer was not registered to either defendant in the National Firearms Registration and Transfer Record.

  All in violation of Title 26, United States Code, Section 5861(d), the penalty for which is found at Title 26, United States Code, Section 5871, and Title 18, United States Code, Section 2.

## COUNT 4
### (Possession of an Unregistered Firearm – Weapon Made from a Rifle)

  On or about July 13, 2018, in Canadian County, Oklahoma, in the Western District of Oklahoma,

-------------------------------- **CHRISTOPHER CHAD POOL,**
       **a/k/a Christopher C. Poole,**
       **a/k/a Cityboy, and**
      **CHRISTINA LORAL POOL,**
       **a/k/a Christina Loral McNees,**
       **a/k/a Citygirl,** -----------------------------------------------

knowingly possessed a Mossberg, Model 715T, .22 caliber rifle, bearing serial number EMU3722098, a weapon made from a rifle, to wit, a rifle modified to a firearm with a barrel of less than sixteen inches, which was not registered to either defendant in the National Firearms Registration and Transfer Record.

  All in violation of Title 26, United States Code, Section 5861(d), the penalty for which is found at Title 26, United States Code, Section 5871, and Title 18, United States Code, Section 2.

## COUNT 5
### (Felon in Possession of a Firearm)

On or about July 13, 2018, in Canadian County, Oklahoma, in the Western District of Oklahoma,

----------------------------------- **CHRISTOPHER CHAD POOL,**
a/k/a Christopher C. Poole,
a/k/a Cityboy, and
**CHRISTINA LORAL POOL,**
a/k/a Christina Loral McNees,
a/k/a Citygirl, -----------------------------------------------------

each having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed firearms, that is a Glock, Model 26, 9mm pistol, bearing serial number VMW262; a Mossberg, Model 715T, .22 caliber rifle, bearing serial number ELH3462962; and a Mossberg, Model 715T, .22 caliber rifle, bearing serial number EMU3722098, which were in and affecting interstate commerce in that said firearms had previously crossed states lines or traveled in foreign commerce to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2), and Title 18, United States Code, Section 2.

## COUNT 6
### (Possession of a Firearm in Furtherance of a Drug-Trafficking Crime)

On or about July 13, 2018, in Canadian County, Oklahoma, in the Western District of Oklahoma,

------------------------------- **CHRISTOPHER CHAD POOL,**

4

        a/k/a **Christopher C. Poole**,
        a/k/a **Cityboy**, and
**CHRISTINA LORAL POOL**,
        a/k/a **Christina Loral McNees**,
        a/k/a **Citygirl**, --------------------------------------------------

knowingly and intentionally possessed firearms, that is a Glock, Model 26, 9mm pistol, bearing serial number VMW262; a Mossberg, Model 715T, .22 caliber rifle, bearing serial number ELH3462962; and a Mossberg, Model 715T, .22 caliber rifle, bearing serial number EMU3722098, in furtherance of a drug-trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with the intent to distribute approximately 66.7 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1), as described in Count 1 of this Indictment.

    All in violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found at Title 18, United States Code, Sections 924(c)(1)(A)(i) and (D)(i) & (ii), and Title 18, United States Code, Section 2.

## FORFEITURE

    A.    The allegations contained in Counts 1-6 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture.

    B.    Upon conviction of any of the offenses alleged in Counts 1-6 of this Indictment, defendant **Christopher Chad Pool** and **Christina Loral Pool** shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, and any property used, or intended to be used, in any manner or part,

to commit or to facilitate the commission of such offense(s), and any and all firearms and ammunition involved in the commission of the offense(s), including but not limited to:

1. A Glock, Model 26, 9mm pistol, bearing serial number VMW262;

2. A Mossberg, Model 715T, .22 caliber rifle, bearing serial number ELH3462962;

3. A Mossberg, Model 715T, .22 caliber rifle, bearing serial number EMU3722098;

4. Any and all ammunition or magazines not specifically listed herein;

5. A silencer; and

6. Approximately $5,789.00 in United States Currency.

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

/s/ *signature*
FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
First Assistant United States Attorney

/s/ Nicholas J. Patterson
NICHOLAS J. PATTERSON
WILSON D. McGARRY
Assistant U.S. Attorneys

6