# COURTROOM MINUTE SHEET

DATE 08/08/2019

CASE NUMBER CR-18-217-G

USA   -vs-   Christina Loral Pool

COMMENCED 01:36   ENDED 02:56   TOTAL TIME 1 hr 20 min

PROCEEDINGS Sentencing

JUDGE CHARLES B. GOODWIN   DEPUTY JACOB BUCKLE   REPORTER SUSAN FENIMORE

PLF COUNSEL Nick Patterson

DFT COUNSEL Joe Wells

PROBATION OFFICER Patricia Rivera

INTERPRETER

WITNESSES FOR PLAINTIFF
1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT
1.
2.
3.
4.
5.

The Court hears argument from Govt and Deft re offense level and sentencing as well as personal statement of Deft. The Court commits Deft to BOP for 72 months re count 1 and for 72 months re counts 2-5 to be served concurrently in addition to being served concurrently with CF-2018-5133 to be followed by Supervised Release of 4 years re count 1 and 3 years re counts 2-5. Forfeiture ordered pursuant to Preliminary Order of Forfeiture. Special Assessment of $100.00 per count due immediately. Deft advised of appeal rights and remanded to the custody of USM.